**SECTION 91. — Negotiable instruments secured by mortgage; mortgage assignment.**

(30 L.P.R.A. § 6118)

When a mortgage is established to guarantee negotiable instruments or titles assignable by endorsement or to bearer, mortgage rights will be understood to be assigned by the instrument, without needing to notify debtor or record the assignment in the Registry.

---

**CERTIFICATION BY TRANSLATOR**

I, MARY JO SMITH-PARÉS, an English-Spanish interpreter certified to that effect by the Administrative Office of the United States Courts, do hereby certify that I have translated from Spanish into English the foregoing document, consisting of 8 pages, including this certification, and that it is a true and accurate translation to the best of my knowledge and ability.

_____                    _____
Mary Jo Smith-Parés, USCCI                                        August 30, 2018
                                                                                       Date